UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:09CV703 TIA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Reverse and Remand (filed October 23, 2009/Docket No. 11).  The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

Defendant seeks to reverse and remand this Social Security disability case pursuant to sentence four of 42 U.S.C. § 405(g).  Following a hearing on Plaintiff's application for supplemental security income, an Administrative Law Judge ("ALJ") issued an unfavorable decision on March 6, 2009.  The decision of the ALJ became the final decision of the Commissioner of Social Security, and Plaintiff sought judicial review of the adverse ruling.

The Commissioner now states that upon remand, the Appeals Council of the Social Security Administration will instruct the ALJ to obtain updated treatment records from Dr. Parks and a medical source statement regarding Plaintiff's ability to function in the workplace.  Further, the ALJ will allow Plaintiff the opportunity for a new hearing and to submit additional evidence. Plaintiff's counsel has represented to the Court that Plaintiff does not oppose the Commissioner's motion.

Sentence four of 42 U.S.C. § 405(g) provides that upon judicial review, "[t]he court

shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Court concludes that the Commissioner's motion should be granted in this case. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand (filed October 23, 2009/Docket No. 11) is GRANTED.

A Judgment shall accompany this Memorandum and Order.

Dated this  30th  day of October, 2009.

                                            /s/ Terry I. Adelman
                                  UNITED STATES MAGISTRATE JUDGE